**Mack TRUESDALE, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,**
**Respondent**

No. 21 EM 2017

Supreme Court of Pennsylvania.

April 21, 2017

### ORDER

PER CURIAM

AND NOW, this 21st day of April, 2017, the Application for Leave to File Original

Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.